| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) BLAKE, CATHERINE C. | 2. Court or Organization U S DISTRICT COURT, MARYLAND | 3. Date of Report 08/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U S DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 7310 U S COURTHOUSE 101 WEST LOMBARD STREET BALTIMORE, MD 21201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TREASURER | FEDERAL JUDGES ASSOCIATION |
| 2. CO-TRUSTEE | TRUST#1 |
| 3. PERSONAL REPRESENTATIVE | ESTATE #1 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA-Delaware Core Plus Bond Fund A Class | B | Dividend | K | T | | | | | |
| 2. | IRA-T Rowe Price-Equity Income | A | Dividend | K | T | | | | | |
| 3. | IRA-T Rowe Price-Growth Stock | A | Dividend | K | T | | | | | |
| 4. | IRA-T Rowe Price-New Asia | A | Dividend | J | T | | | | | |
| 5. | IRA-T Rowe Price-New Era | A | Dividend | K | T | | | | | |
| 6. | IRA-T Rowe Price-Science & Technology | | None | K | T | | | | | |
| 7. | IRA-T Rowe Price-Spectrum Income | B | Dividend | K | T | | | | | |
| 8. | State of Maryland Deferred Compensation Plan | B | Dividend | L | T | | | | | |
| 9. | Wells Fargo Bank-accounts | A | Int./Div. | K | T | | | | | |
| 10. | IRA-First Financial Credit Union | A | Dividend | J | T | | | | | |
| 11. | IRA - MetLife | | None | J | T | | | | | |
| 12. | TSA - MetLife | | None | L | T | | | | | |
| 13. | Guardian Whole Life | B | Dividend | L | T | | | | | |
| 14. | MetLife Whole Life | A | Dividend | J | T | | | | | |
| 15. | MetLife Whole Life | A | Dividend | J | T | | | | | |
| 16. | T Rowe Price Md Tax-Free Bond Fund | A | Dividend | J | T | | | | | |
| 17. | Trust #1 | E | Int./Div. | | | | | | | see note Pt VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Ferris Baker Watts Reserve Primary Fund(Y) | | | | | | | | | |
| 19. --DWS Municipal Managed Municipal Bond Fund Class A | | | | | Sold (part) | 5/2/11 | L | | |
| 20. --DWS Municipal Managed Municipal Bond Fund Class A | | | | | Distributed | 11/28/11 | L | | |
| 21. --Frederick County Md Edl Rv FCS Mount St Mary's CLG Bond(Y) | | | | | | | | | |
| 22. --Carroll Co Md Cons Pub Imp Bond 2007 | | | | | Distributed | 11/28/11 | K | | |
| 23. --Maryland Hlth & HEFA Rev SR Fred Mem Hosp Bond | | | | | Distributed | 11/28/11 | K | | |
| 24. --AT&T common stock | | | | | Distributed | 11/28/11 | L | | |
| 25. --BB&T Corp common stock | | | | | Sold (part) | 4/29/11 | K | | |
| 26. --BB&T common stock | | | | | Buy (add'l) | 8/10/11 | K | | |
| 27. --BB&T common stock | | | | | Distributed | 11/28/11 | K | | |
| 28. --Exxon Mobil Corp common stock | | | | | Sold (part) | 4/29/11 | L | E | |
| 29. --Exxon Mobil common stock | | | | | Distributed | 11/28/11 | M | | |
| 30. --Grainger WW Inc common stock | | | | | Distributed | 11/28/11 | K | | |
| 31. --Heinz HJ Co common stock | | | | | Distributed | 11/28/11 | L | | |
| 32. --Idearc Inc common stock(Y) | | | | | | | | | |
| 33. --Illinois Tool Works Inc common stock | | | | | Distributed | 11/28/11 | K | | |
| 34. --JPMorgan Chase & Co common stock | | | | | Distributed | 11/28/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Johnson & Johnson common stock | | | | | Distributed | 11/28/11 | K | | |
| 36. --Lilly Eli & Co common stock | | | | | Distributed | 11/28/11 | L | | |
| 37. --Merck & Co Inc common stock | | | | | Distributed | 11/28/11 | K | | |
| 38. --PPG Industries Inc common stock | | | | | Distributed | 11/28/11 | K | | |
| 39. --3M common stock | | | | | Sold (part) | 4/29/11 | K | D | |
| 40. --3M Co common stock | | | | | Distributed | 11/28/11 | L | | |
| 41. --Urstadt Biddle Properties Inc Class A | | | | | Distributed | 11/28/11 | K | | |
| 42. --Verizon Communications Inc common stock | | | | | Distributed | 11/28/11 | K | | |
| 43. --Fairpoint Communications Inc common stock(Y) | | | | | | | | | |
| 44. --Frederick Cnty Md B/E Ret Comnty Rev Buckingham's Choice | | | | | Sold | 11/10/11 | J | | |
| 45. --Frontier Comm Corp common stock | | | | | Distributed | 11/28/11 | J | | |
| 46. --Md Hlth&HEFA Rev Fred Mem Hosp Bond | | | | | Distributed | 11/28/11 | K | | |
| 47. --US Gov't Money Market Fund RBC Reserve Class | | | | | Distributed | 11/28/11 | J | | |
| 48. --MontCoMdRevBd 2011A | | | | | Buy | 5/2/11 | K | | |
| 49. --MontCoMdRevBd 2011A | | | | | Distributed | 11/28/11 | K | | |
| 50. --MdHlth&HEFARevBd GBMC | | | | | Buy | 5/2/11 | K | | |
| 51. --MdHlth&HEFARevBd GBMC | | | | | Redeemed (part) | 7/1/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --MdHlth&HEFARevBd GBMC | | | | | Distributed | 11/28/11 | K | | |
| 53. --MontCoMdRevBd 2004 | | | | | Buy | 5/6/11 | K | | |
| 54. --MontCoMdRevBd 2004 | | | | | Distributed | 11/28/11 | K | | |
| 55. --WashCoMdPubImpBd 2011 | | | | | Buy | 5/12/11 | K | | |
| 56. --WashCoMdPubImpBd 2011 | | | | | Distributed | 11/28/11 | K | | |
| 57. --CmntyDevAdminMd RevBd 2011B | | | | | Buy | 5/16/11 | K | | |
| 58. --CmntyDevAdminMd RevBd 2011B | | | | | Distributed | 11/28/11 | K | | |
| 59. --MdHlth&HEFARevBd 2006 | | | | | Buy | 7/12/11 | K | | |
| 60. --MdHlth&HEFARevBd 2006 | | | | | Distributed | 11/28/11 | K | | |
| 61. Delaware High Yield Opp Fund A Class | B | Dividend | K | T | | | | | |
| 62. T Rowe Price Md Tax-Free Money | A | Dividend | J | T | | | | | |
| 63. M&T Bank account | A | Interest | J | T | | | | | |
| 64. NewPerspFdIncC1A (American Funds) | A | Int./Div. | K | T | | | | | |
| 65. RBC BrokerageAcc't (X) | A | Int./Div. | N | T | | | | | see note Pt VIII |
| 66. --RBC BankDepProg | | | | | | | | | |
| 67. --AT&T common stock | | | | | | | | | |
| 68. --BB&T Corp common stock | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Eli Lilly & Co common stock | | | | | | | | | |
| 70. --Exxon Mobil Corp common stock | | | | | | | | | |
| 71. --Frontier Comm Corp common stock | | | | | | | | | |
| 72. --II J Heinz Co common stock | | | | | | | | | |
| 73. --Ill Tool Works Inc common stock | | | | | | | | | |
| 74. --Johnson & Johnson common stock | | | | | | | | | |
| 75. --JPMorgan Chase & Co common stock | | | | | | | | | |
| 76. --Merck&Co Inc common stock | | | | | | | | | |
| 77. --PPG Ind Inc common stock | | | | | | | | | |
| 78. --Verizon Comm common stock | | | | | | | | | |
| 79. --WW Grainger Inc common stock | | | | | | | | | |
| 80. --3M Co common stock | | | | | | | | | |
| 81. --Urstadt Biddle Properties Inc Class A | | | | | | | | | |
| 82. --DWS Mun Mgd Mun Bond Fund Class A | | | | | | | | | |
| 83. --MontCoMdRevBd 2004 | | | | | | | | | |
| 84. --CarrollCoMdConsPub ImpBd 2007 | | | | | | | | | |
| 85. --MdHlth&HEFARevBd Fred Mem Hosp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J=$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. --CmntyDevAdminMd RevBd 2011B | | | | | | | | | |
| 87. --WashCoMdPubImpBd 2011 | | | | | | | | | |
| 88. --MontCoMdRevBd 2011A | | | | | | | | | |
| 89. --MdHlth&HEFARevBd GBMC | | | | | | | | | |
| 90. --MdHlth&HEFARevBd FredMemHosp | | | | | | | | | |
| 91. BB&T Corp brokerage account - IRA | B | Int./Div. | M | T | | | | | see note Pt VIII |
| 92. --BB&T Prime Mny Mkt Immf Btpi | | | | | Open | 01/13/11 | M | | |
| 93. | | | | | Redeemed (part) | 01/20/11 | K | | |
| 94. | | | | | Redeemed (part) | 01/24/11 | L | | |
| 95. | | | | | Buy (add'l) | 05/25/11 | J | | |
| 96. | | | | | Redeemed (part) | 05/26/11 | J | | |
| 97. | | | | | Redeemed (part) | 08/15/11 | J | | |
| 98. | | | | | Buy (add'l) | 08/18/11 | J | | |
| 99. | | | | | Buy (add'l) | 10/07/11 | J | | |
| 100. | | | | | Redeemed (part) | 10/13/11 | J | | |
| 101. | | | | | Buy (add'l) | 12/07/11 | J | | |
| 102. | | | | | Redeemed (part) | 12/08/11 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/12/11 | J | | |
| 104. --BB&T Intermed.U.S. Gov't Fund Inst. Fd. | | | | | Buy | 01/24/11 | J | | |
| 105. --name change to Sterling Capital Intermed. U.S. Gov't Fund | | | | | Buy (add'l) | 12/08/11 | J | | |
| 106. --BB&T MidCap Fund Trust | | | | | Buy | 01/24/11 | J | | |
| 107. --name change Sterling Capital MidValue Fund | | | | | Sold (part) | 10/11/11 | J | | |
| 108. | | | | | Sold (part) | 12/08/11 | J | | |
| 109. --BB&T Total Return Bond Fund | | | | | Buy | 01/24/11 | K | | |
| 110. --name change Sterling Capital Total Return Bond Fund | | | | | Sold (part) | 08/17/11 | J | | |
| 111. | | | | | Buy (add'l) | 12/08/11 | J | | |
| 112. --BB&T Equity Income Fund | | | | | Buy | 01/24/11 | J | | |
| 113. --name change Sterling Capital Equity Income Fund | | | | | Sold (part) | 10/11/11 | J | | |
| 114. --BB&T Special Opp. Fund | | | | | Buy | 01/24/11 | J | | |
| 115. --Cohen&Steers Inst. Realty | | | | | Buy | 01/20/11 | J | | |
| 116. --Credit Suisse Comm. Return Strat. Fd | | | | | Buy | 01/20/11 | J | | |
| 117. --DWS Cap. Growth Fd Inst. Class | | | | | Buy | 01/24/11 | J | | |
| 118. --DWS Cap. Growth Fd. Inst. Class | | | | | Buy (add'l) | 10/13/11 | J | | |
| 119. --DWS Cap. Growth Fd. Inst. Class | | | | | Sold (part) | 12/08/11 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Eaton Vance Large Cap Value Fd. | | | | | Buy | 01/24/11 | J | | |
| 121. --Eaton Vance Large Cap Value Fd. | | | | | Sold (part) | 10/11/11 | J | | |
| 122. --Federated MDT Small Cap Growth Fd. | | | | | Buy | 01/24/11 | J | | |
| 123. --Absolute Strat. Fd. Inst. Share Class | | | | | Buy | 01/20/11 | J | | |
| 124. --Absolute Strat. Fd. Inst.Share Class | | | | | Sold (part) | 05/24/11 | J | | |
| 125. --Forward Int'l Small Companies Fd. | | | | | Buy | 01/20/11 | J | | |
| 126. --Goldman Sachs Growth Opp. Fd. | | | | | Buy | 01/24/11 | J | | |
| 127. --Goldman Sachs Growth Opp. Fd. | | | | | Sold (part) | 12/08/11 | J | | |
| 128. --Harbor Int'l. Fd. Inst. Class | | | | | Buy | 01/20/11 | J | | |
| 129. --Harbor Int'l. Fd. Inst. Class | | | | | Sold (part) | 10/06/11 | J | | |
| 130. --Lazard Emerging Mkts. Portfolio Inst. Class | | | | | Buy | 01/20/11 | J | | |
| 131. --Managers AMG FQ Global Alt. Fd. Class A | | | | | Buy | 01/24/11 | J | | |
| 132. --Oppenheimer Developing Markets Fd Class Y | | | | | Buy | 01/24/11 | J | | |
| 133. --Pimco Foreign Bond Fd. | | | | | Buy | 01/20/11 | J | | |
| 134. --Pimco Foreign Bond Fd. | | | | | Sold (part) | 12/06/11 | J | | |
| 135. --Virtus Quality Small-Cap Fd Class I | | | | | Buy | 01/24/11 | J | | |
| 136. --Wasatch - 1st Source Long/Short Fd | | | | | Buy | 01/20/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Harding Loevner Int'l. Equity Portfolio | | | | | Buy | 01/20/11 | J | | |
| 138. --Harding Loevner Int'l. Equity Portfolio | | | | | Buy (add'l) | 10/11/11 | J | | |
| 139. --Highland Long/Short Equity Fd. Class A | | | | | Buy | 05/26/11 | J | | |
| 140. --American Century Premium Money Mkt. Fd. Investor Class | | | | | Buy | 10/11/11 | J | | |
| 141. Estate #1(X) | A | Interest | P1 | T | | | | | |
| 142. --BB&T bank account | | | | | | | | | |
| 143. --M&T bank account | | | | | | | | | |
| 144. --RBC bank deposit program | | | | | | | | | |
| 145. --Wells Fargo bank account | | | | | | | | | |
| 146. Estate #1(X) | | | | | | | | | |
| 147. --Real Property Frederick County, MD | | None | O | Q | | | | | See note Part VIII. |
| 148. TRowePrice 529 college savings plan Portfolio 2027 | A | Int./Div. | J | T | Buy | 12/15/11 | J | | See note Part VIII. |
| 149. TRowe Price 529 college savings plan Portfolio 2027 | A | Int./Div. | J | T | Buy | 12/15/11 | J | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| BLAKE, CATHERINE C. | 08/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

line 17 Trust #1 was fully distributed in November 2011 following the death of the income beneficiary.

line 65 This brokerage accoount was opened in November 2011 with the proceeds of my share of the distribution of Trust #1.

line 91 This retirement account at BB&T was opened on January 13, 2011, by a transfer of funds from the                401(k) account which closed at the end of 2010. Initially the cash was placed in a BB&T money market fund. Throughout the year numerous transactions were conducted by the asset managers. All those that meet the threshold amount of $1,000 or more are reported in Part VII.

line 144 This estate was opened in September 2011 by me as the personal representative. The assets were in the form of cash and real estate. The real estate was appraised as of the date of death of the owner, which was August 23, 2011.

lines 148 and 149 Only the time horizon (level of risk) can be selected as to these plans, there is no discretion to control the individual assets.

| Name of Person Reporting | Date of Report |
|---|---|
| BLAKE, CATHERINE C. | 08/02/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CATHERINE C. BLAKE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544